**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**ADELA PAGAN,**

                      **Plaintiff,**                                    **ORDER**

              -against-                             **15-CV-5825 (LDH)**

**CITY OF NEW YORK, et al.,**

                      **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

The Court has been informed that a representative from Stroz Friedberg, the court-appointed expert, has retrieved the cell phone of Kashif Osagie (the "Cell Phone") from the New York City Police Department ("NYPD"), made a forensic copy, and returned the Cell Phone to NYPD custody.

To facilitate Stroz Friedberg's analysis of the Cell Phone, the Court seeks the following information:

1. The time at which NYPD officers first arrived at the apartment of decedent Mario Ocasio (the "decedent") on the date of the alleged incident.
2. The time at which emergency medical technicians ("EMTs") began administering assistance to the decedent.
3. The time at which EMTs removed the decedent from his apartment to transport him to the hospital.
4. The time at which the decedent arrived at the hospital.
5. The date and time at which the Cell Phone passed into the custody of the NYPD.

Plaintiff and defendant City of New York (the "City") are encouraged to confer and stipulate to responses to the foregoing questions. If plaintiff and the City are unable to so

stipulate, then each is ordered to submit to the Court its responses to the foregoing questions. In either event, the responses shall be submitted to the Court, by letter via ECF, no later than January 29, 2016.

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**January 27, 2016**

    /s/  *Roanne L. Mann*
**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**