ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: June 8, 2016  
START: 9:30 a.m.  
END: 12:40 pm

DOCKET NO: 15-CV-5825 (LDH)  
CASE: Pagan v. City of New York, et al.

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☑ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF** — ATTORNEY  
Brett Klein  
Israel Burns  
w/ Adela Pagan + Melinda Vera

**DEFENDANT** — ATTORNEY  
Jeffrey Loperfido

- ☐ DISCOVERY TO BE COMPLETED BY
- ☐ NEXT OTSC/settlement CONFERENCE SCHEDULED FOR July 6, 2016 at 10:00 a.m.
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
- ☐ PL. TO SERVE DEF. BY: ___  DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Contrary to the Court's March 15th order that "[a]ll persons whose approval is needed to settle the case must attend [today's settlement conference] in person," only the staff ACC appeared, without his supervisor (who is co-counsel on the case, and thus was notified of the Court's directive) and without a representative of the Comptroller's Office. As a result of this violation, the Court was unable to conclude the settlement conference. The City and its counsel of record are directed to show cause, at 10:00 a.m. on

July 6, 2016, why sanctions should not be imposed.

That proceeding shall also be attended, in person, by all persons from the Office of Corporation Counsel and the Comptroller's Office whose approval is required in responding to any settlement recommendation by the Court. Plaintiff and plaintiff's counsel must also attend.

Discovery is not stayed.