# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ADELA PAGAN, as Administrator of the ESTATE OF MARIO OCASIO, deceased<br>*Plaintiff*<br>v.<br>THE CITY OF NEW YORK; Sergeant WAIMING PUN; Officer PAUL CHO; Officer PATRICK COYLE; Officer YULITZA BALBI; and Officer HIRAM MONTALVO, each sued individually<br>*Defendants* | Civil Action No. 15CV5825(LDH) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: A verdict was rendered in favor of the defendants.

This action was *(check one)*:

☑ tried by a jury with Judge LaShann DeArcy Hall presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 02/13/2020

*CLERK OF COURT*

s/ Erica M. Williams
*Signature of Clerk or Deputy Clerk*